**DISMISS and Opinion Filed February 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00818-CV**

**IN RE DEBRA BLACKWELL, Relator**

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50066-2018**

## MEMORANDUM OPINION

Before Justices Osborne, Reichek, and Smith
Opinion by Justice Osborne

On January 26, 2021, relator Debra Blackwell filed an unopposed motion to dismiss this original proceeding. We grant relator's unopposed motion to dismiss.

We dismiss this original proceeding.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200818F.P05